IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JAMES J. MURPHY,

    Plaintiff,

v.                                                                      Civil Action No. 3:10-cv-00864

CITI,

    Defendant.

---

## STIPULATED ORDER OF DISMISSAL

Pursuant the stipulation of the parties, as evidenced by their signatures hereto,

IT IS HEREBY ORDERED and ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

DATED this _____ day of _____, 2010.

_____
Judge

IT IS SO STIPULATED:

By: _____
    Plaintiff
Date: 7/3/2010

By: _____
    Attorney for Defendant  William E. Murray (ct 19717)
Date: 7/9/10